**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1004**

---

SAMBOU KEITA,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-504-292)

---

Submitted: April 16, 1998          Decided: April 30, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sambou Keita, Petitioner Pro Se. David Michael McConnell, Robert Leigh Bombaugh, John Joseph Andre, John Clifford Cunningham, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the decision of the Board of Immigration Appeals affirming the Immigration Judge's decision denying Appellant's motion to reopen his deportation proceedings. Our review of the record discloses that the Board did not abuse its discretion and is without reversible error. Accordingly, we affirm the Board's order and grant Appellee's motion for summary affirmance. <u>Keita v. INS</u>, No. A70-504-292 (B.I.A. Dec. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2